Clerk THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LR Civ P. 7.1(a)(1), (b)(1)
(Rule Number/Section)

12/18/2016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

FILED LODGED RECEIVED COPY
JAN 17 2017
CLERK U S DISTRICT COURT DISTRICT OF ARIZONA
BY DEPUTY

Guy Neighbors ] Case #CV-16-04541-DKD

Petitioner ]

Vs ]

Yvette Steward ] Demand Jury Trial:

Jordan Neighbors ] We Retain The Right To Amend This Complaint:

Bruce Brown ]

Thomas Morton ]

AZ B.A.R. Association ]

Lisa Loo]

Jane Doe ]

Respondent ]

**AMENDED CIVIL CLAIM FOR DEFAMATION- SLANDER / LIBEL**

Comes Now Guy Neighbors Propria Persona I'm representing myself "in Propria Persona" (in your own person) or "pro-per" Qualified me as an attorney in fact, according to "Blacks Law Dictionary. By asserting my Sovereign Right to represent myself in legal matters establishes my status as my own attorney. To proceed in Pro Per means the court cannot impose the same standard upon me as are imposed on a licensed attorney. Jane Doe will represent the person paying the attorney that has trespassed on Guy M. Neighbors. Attorney, Bruce Brown and Mr. Thomas Morton have been included in this civil action as a litigant due to their continued assistance and in the misconduct after they was informed that Jordan Neighbors perjured herself in the original petition and for the attorneys lack of attention to details. The AZ B.A.R. Assoc. has been added to this action because they are the licensing agency that perpetuates the fraud of restricting Pro-Per litigants from having assistance unless the person helping has a "license to practice law" and since no one has a license to practice law that entire concept is fraud. The court

unlawful holds my filings to the heightened standard to dismiss my claim on technicalities and this is a violation of my due process and my right to be heard.

It would be clear to a reasonable person that the attorneys failed to conduct any "reasonable prefiling investigation" Neighbors brings his claim in "Common Law Jurisdiction." "Under the Defamation Act Of 2013."

Plain Statement Of Facts:

Yvette Steward and Jordan Neighbors lied attorney Bruce Brown when they reported to him that Guy Madison Neighbors "Had recently been released from serving a lengthy federal prison sentence". It would appear Yvette Steward and Jordan searched an offender website and found a serious offender named Guy Woody Neighbors, who has a nasty lengthy record of all kinds of Federal criminal violations. Yvette Steward and Jordan Neighbors (the two) implemented a plan to have Mr. Guy Madison Neighbors, arrested and hauled off to Prison to keep him from participating in the day to day care of his 3 grandkids. The two made contact with Arizona's Department Of Child Safety and reported Mr. Guy Madison Neighbors had neglected his grandkids, and implied that because Neighbors had moved in with his son Alexander Neighbors, the kids were in danger because of this alleged lengthy Federal Criminal sentence. The two went as far as informing the CPS workers that there were guns in the home believing the alleged federal convictions would lead to a felony arrest for illegal possession of a firearm. For some stupid reason, the two are threatened by Mr. Guy Madison Neighbors participating in his grand kid's day to day life.

The Two used Guy Woody Neighbors 4 page rap sheet to allege Mr. Guy Madison Neighbors was, in fact, the same person the two filed 4-pages of very serious Federal Criminal Convictions in the court record in the divorce case for Jordan Neighbors, FCD-2016-009166.

The Two maintained in the court documents that Mr. Guy Madison Neighbors was a dangerous convicted criminal responsible for and as a conspirator to the following very serious federal Crimes.

1. Dangerous Drug Manufacture 13-3407-AA

2. Illegal Control of Enterprise 13-2312.

3. Conspiracy with 16 others to commit the following federal crimes.

a. Forgery,

b. Misconduct involving weapons.

c. Dangerous Drug- Possession and Use.

d. Dangerous Drug- Possession, Equipment for MFG.

e. Dangerous Drug Manufacture.

f. Arson of a Structure/ Property.

g. Theft.

h. Trafficking Stolen Property.

i. Child / Vulnerable Adult Abuse

j. Conducting a Chop Shop.

k. Participate in Criminal Syndicate

l. Marji- Transport and or Sell.

The statements made by Yvette Steward and Jordan Neighbors regarding Guy Madison Neighbors alleged criminal convictions are false, defamatory, constitute tortious interference with Mr. Neighbors Paralegal business and as such, are actionable under Defamation Act of 2013. Mr. Guy Madison Neighbors operates a Paralegal Service and these slanderous and libel statements that have been filed in court and are posted in the internet for public view is damaging Guy Madison Neighbors business reputation to no repair.

Guy Madison Neighbors is forced to commence a lawsuit against Yvette Steward, Jordan Neighbors Bruce Brown, and Thomas A. Morton, (attorney's) for damages in order to stop continued false and defamatory statements, be advised that Guy Madison Neighbors seeking 80,000.00 in damages and will seek recovery of all attorneys' fees and costs incurred herein as a result.

## Facts Of The Claim:

I'm bringing this civil action to address the defamation and slander in the court filing petitioner's response to the court's temporary orders where the petitioners state the "respondent moved his farther into the home and the father had recently completed a lengthy prison sentence. Mr. Guy M. Neighbors has never been convicted or taken any kind of plea deal. The petitioners then made several phone calls to Child Protective services claiming child abuse and neglect and Amy Hodgson from DCS came out to interview me about the allegations and they were found to be unsubstantiated. A few days later another complaint was called on on me claiming that I choked my 7yr. old granddaughter to make her do what I needed her to do and that food was kept from the children as punishment. (See Exhibit A the "Notice of Duty to Inform" document that was left by Chattie Mittleider a child welfare investigator).

There were no marks on the child, the child's voice was just fine clearly she had not been choked by anyone. I'm a 6' 7" 260 lb. Black man, it is absurd to think that I would need to choke a child for any reason. My family did foster care in the State of Kansas for 9 ½ yrs. 28 kids later and there has never ever been any reports of children being injured that were left in my care. A few days later Court document arrived informing me of the hearing in family court that is set for Tue. 12-20-16 and the court will address my alleged extensive criminal history and background. The documents provided as discovery 4 pages of very serious criminal activity spanning back to 1995 to 1997 in that list is the name of a person named Guy Woody Neighbors, apparently the petitioner's and their attorneys have made a very careless and costly mistake in assuming that Guy Woody Neighbors is Guy Madison Neighbors. My name is Guy Madison Neighbors, and I'm 57 yrs old. Mr. Woody Neighbors is 50 yrs old and lived last in CA. I have lived in Kansas since leaving Pheonix in 1980 with a full ride football scholarship to play football for the university of Kansas. Yevette Steward and Jordan Neighbors told the child safety investigators this very bad criminal Guy Woody Neighbors is Guy Madison Neighbors in a fraudulent scheme to unlawfully block Mr. Guy Madison Neighbors from assisting his son with his grandchildren's day to day care. I'm very disturbed the attorney never performed any "Reasonable Prefiling Investigation" before filing this civil case or these statements and documents in court depicting Guy Madison Neighbors as a very dangerous criminal. A simple google search of Guy Neighbors real name would shown the true facts. See: Exhibit B this page is from doing a google

search for Guy Madison Neighbors. This page shows several lawsuits against the Lawrence Kansas Police Department for civil rights violations and some articles about the corrupt investigation into his wife's business which is the focal point of the several civil actions that are currently pending. A google search of Guy Neighbors would have pulled up what is showing on See: Exhibit C. Google search showing "Drug case against Guy Neighbors Dropped" this page also shows a link to Guy Madison Neighbors facebook page showing picture of his grandkids and kids, and this page also has links to his blog site claiming police corruption in their federal cases (that were all dropped). Guy Madison Neighbors operates a Paralegal business called "Advocates for Justice" See: Exhibit C a copy of the front page of the paralegal website this business is 3-yrs old and I think a reasonable person would conclude the plaintiff's business is suffering from being accused of being the convicted felon Mr. Guy Woody Neighbors.

## The Essential Elements of Defamation:

There are two kinds of defamation, slander, and libel. The essential elements of either kind are 1) a defamatory statement 2) that is "published" to someone other than the plaintiff and the defendant. A "defamatory statement" is any statement that an ordinary person would find damaging to their reputation and character. Typically, a judge will determine if the statement is *actually* defamatory. Only if it is unclear whether the statement is defamatory, either because of the context in which it was made or because of multiple possible interpretations, will the jury be asked to make the assessment.

## The Elements of Slander:

There are two types of slander: slander and slander per se. In the first kind of slander, the plaintiff must prove the defendant made a defamatory statement to at least one other person (i.e. the essential defamation elements) and that the plaintiff suffered what are referred to as "special damages" as a result of the defamation. Special damages are actual harm like loss of customers, being fired, or some other financial harm.

A slander per se claim does not require that the plaintiff prove special damages. This is because slander per se claims involve categories of defamatory statements that are presumed to be damaging to the plaintiff. While the categories may change a little for state to state, and evolve over the years, some of the most common slander per se categories are:

a. imputing criminal conduct to the plaintiff

b. saying that the plaintiff has certain types of communicable diseases and

c. any harmful statement about the plaintiff's profession or business.

The Elements of Libel:

If the defamatory statement falls into the category of libel, the plaintiff only needs to prove the essential elements, 1) the defendant published a defamatory statement about the plaintiff in written or another form 2) and other people were exposed to the statement. There are no additional requirements because the law presumes that once the publication of a defamatory statement has been made in written or other formats, the statement will remain in the public sphere for a long time and continue to do damage.

Damages for Defamation:

Once a plaintiff has successfully proved defamation, "general damages" are presumed. The plaintiff is not simply limited to damages reflecting his or her economic losses, but the mental anguish and other emotional harm that the law presumes to result from having one's reputation harmed. Depending on what the plaintiff proves about the defendant's intentions and the type of defendant, punitive damages may also be awarded to the plaintiff.

Presumed Harm:

Accusing someone of committing a crime can harm one's personal or professional reputation. An accusation of criminal conduct also is presumed to be defamatory because it can cause strong reactions in the community. Any statement accusing another person of criminal misconduct is "per se defamatory," meaning that it will be presumed to constitute defamation if, in fact, it was false and maliciously or recklessly made.

Serious Harm / Serious Financial Loss:

The Defamation Act 2013 (Act) was designed to balance out and modernize English libel law. One of its key changes was the introduction, in section 1 of the Act, of a requirement that a statement must have caused or be likely to cause 'serious harm' to the claimant's reputation in order for it to be actionable in the courts. An additional qualification is created under section

1(2), whereby harm to the reputation of a body that trades for profit is only considered to constitute serious harm if the statement has caused or is likely to cause the body serious financial loss. It is clear that section 1 intentionally "raises the bar for bringing a claim" (as the judge said in the case of *Cooke*, considered below), however, the thresholds of "serious harm" and "serious financial loss" and how they can be evidenced, are still being developed by the courts. Case law dealing with what amounts to "serious harm" is, therefore, particularly important for prospective litigants. Below we set out a summary of cases since the Act came into force on the issue of serious harm. Cooke v MGN (2014). In 2014 the High Court gave its first guidance as to what would constitute serious harm. The judge, Bean J, said that "serious harm" indicates that a higher threshold of reputational harm is required than under the previous law, under which the threshold was that the statement: "substantially affects in an adverse manner the attitude of other people towards claimant" (Thornton).

The claimant must also show evidence of such serious harm. However, in certain circumstances, serious reputational harm could be so obvious that actual evidence is not required. In such cases the likelihood of harm can be inferred; the example used by Bean J was of publication in national media of allegations of terrorism or pedophilia.

REMEDY AND RECOURSE

Every system of civilized law must have two characteristics: Remedy and Recourse. Remedy is a way to get out from under that law, and you recover your loss. The Common Law, the Law Merchants, and even the Uniform Commercial Code all have remedy and recourse. The Remedy and Recourse are found in the UCC. They are found right in the first volume, at 1-308 (old 1-207) and 1-103.

Common Law Claim Elements:

1. Controversy ( The listed defendants)

2. Specific Claim (Defamation)

3. Specific Remedy Sought by Claimant ( 25,000.00) half of which will be donated to Anderson Elementary School

4. Claim Must be Sworn To ( Affidavit of Verification attached), and I will verify in open court that all herein be true.

Pleading Standard

There is no heightened pleading standard with respect to the "policy or custom" requirement of demonstrating liability. *See Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit*, 507 U.S. 163, 167-68 (1993); *see also Empress LLC v. City of San Francisco*, 419 F.3d 1052, 1055 (9th Cir. 2005); *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1124 (9th Cir. 2002); *Lee v. City of Los Angeles*, 250 F.3d 668, 679-80 (9th Cir. 2001); *Evans v. McKay*, 869 F.2d 1341, 1349 (9th Cir. 1989).

Demand for Judgment:

Plaintiff brings this action in "Common Law", he, is demanding judgment for 80,000.00 for the damages suffered, and or what the court deems just and fair. The embarrassment suffered when 2 child safety investigators show up with a police officer looking to investigate him. I thought I was going to be arrested and hauled off to jail for LIES!

Now I'm told there will be a 60-day investigation so now I have to live with these allegations standing over my head so they could still come and arrest me over this stupid crap. The ultimate disgrace of society would be to intentionally hurt kids, it is also a disgrace to be accused of hurting kids even when you are innocent.

Guy Neighbors, in his capacity and makes the personal following claims:

**Claim One - Defamation**

1. Petitioners have made statements to other persons, some of which have been filed as factual statements in the instant Counter Claim Complaint, alleging actions allegedly undertaken or conducted by Guy Neighbors.

2. Among the factual statements alleged by Petitioner in her "Response to Post the Decree Temporary Orders without Notice" was "the respondent has moved his father Guy Neighbors who has recently completed a lengthy Federal Prison Sentence into the home". Guy Neighbors has never been convicted of any crimes in his life and he has never served a lengthy Federal

Prison Sentence. Bruce Brown and Jordan Neighbors are making an attempt to tarnish Mr. Guy Neighbors name in a selfish display of stupidity. The goal would be to eliminate Guy Neighbors from the ability to help his son care for his grandkids. For some creepy reason, the parties that are paying for the attorney Mr. Bruce Brown feel threatened by Guy Neighbors involvement with the kid's everyday life. Guy Neighbors and his family were actively involved in doing foster care in the State of Kansas for 9 1/2 yrs. and has never has any claims of abuse filed against him or any of his family members.

3. Mr. Bruce Brown, Yvette Steward, Jordan W. Neighbors, and Mr. Thomas Morton published the stated defamatory and false statements of fact injuring Guy Madison Neighbors with the required degree of fault. The motivation for publishing these falsehoods was to lash out at Guy Neighbors for his testimony to police officer's on or about Nov. 29th, 2016 when Jordan Neighbors made a false claim of domestic abuse against Alexander Neighbors in her desperate effort to get Alexander arrested on a false domestic abuse charges. The police did not arrest Alexander because officer Verdugo captured Jordan Neighbors on his body cam squeezing her own arm to make the red mark she said Alexander caused when he allegedly threw her down the hallway. Jordan forgot I was a witness to the entire incident and nothing she stated to the police was factual.

The saddest part about this whole situation involving the police is Ayvah the 6-yr old daughter was in the van with Jordan when she called and lied to the police about Ayvah's Dad trying to hurt her mother. Now Ayvah had to stress and worry about her mom causing her to lose what stability she has living with her dad. Alexander Neighbors showed the officer the disclaimer deed showing Jordan signed stating she has no equity in the property and the locks have been changed so the officers gave Jordan Neighbors a no trespassing warning and informed her If he had to return for a 3rd time that she would be going to jail. See: Exhibit –D, Guy's Affidavit of Fact signed and notarized the following day after the incident involving the police.

3. On Nov. 3oth 2016 petitioner's published and stated defamatory and false statements of fact injuring Guy Neighbors with the required degree of fault.

4. Petitioners' statements of allegations are false.

5. Petitioners' statements and assertions are slanderous as a matter of law in that the statements and assertions were intended to and did,

(1) cause injury to Guy Neighbors reputation,

(2) expose him to public hatred, contempt, ridicule, shame or disgrace, and/or

(3) affect him adversely in his trade or business. (Neighbors operates a Paralegal Business).

6. Plaintiffs' published these statements to others and in court records.

**Claim Two – Intentional Infliction of Emotional Distress:**

7. Petitioners Bruce Brown and Jordan W. Neighbors have intentionally and/or negligently caused Guy Neighbors emotional distress to include loss of appetite, lost time from work, anxiety, and loss of sleep worrying about his grandkids mental health and stability. The investigator stated the investigation could last 60 days, so the plaintiff has to endure these allegation hanging over his head with the threat of being arrested and hauled off to jail because of LIE!

**Damages**

8. As a direct and proximate result of Petitioners' conduct, Guy Neighbors has suffered damage and injury including, but not limited to, economic, physical and emotional forms and is demanding 80,000.00. Neighbors operated a Paralegal Website See: Exhibit marked E a copy of the business card, whereby allegation of illegal conviction and or activity in the nature of

"Guy Woody Neighbors" will deter customers from seeking legal documents from his paralegal service. Whereby serious harm to Neighbors reputation will be inferred from the nature of Neighbors business (a paralegal service). The injuries Neighbors business will suffer will be endless since the slander was posted in the court record for public view and can never be removed.

The fact the statement Neighbors had served a lengthy prison sentence and four pages of illegal criminal activity that belongs to Mr. Guy Woody Neighbors was posted in court as belonging to Guy Madison Neighbors will also infer financial loss in the future as people google Neighbors

Name and business and these slanders libel statements are pulled up on the internet and from the court records.

Request for Relief

9. WHEREFORE Guy Neighbors requests that this Court:

A. Award him compensatory 80,000.00 in damages;

B. Award him punitive damages;

C. Award him attorney's fees; and

D. Award him such other relief as this Court deems appropriate and just.

_________________________ 12/26/2016

Guy M. Neighbors

Certificate of Service

A copy of this document was mailed to the clerk of the courts where the action was filed, and copies were mailed to the parties listed below.

___________________________1/11/2017

Thomas A. Morton
2916 N. 7th Ave. Suite 100
Phoenix, AZ. 85013

Bruce Brown
9201 N 25th Ave. # 250
Phoenix, AZ. 85021

Yvette Steward
748 W. Gary Dr
Chandler, AZ. 85224

Jordan Neighbors
1040 E. Oak St.
Phoenix, Az. 85006

VERIFICATION:

I' Guy Neighbors, declare under penalty of perjury in accordance with the Laws of the United States of America that the foregoing is true and correct and complete to the best of my knowledge and belief.

______________________________ on this __________th Day, of _______________ 2016

Guy Neighbors

On this ______day of____________, 2016 before me, the undersigned, a Notary Public in and for the State of Arizona, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has Executed the same.

Signed:__________________________________________

Printed Name:_____________________________________

My Commission Expires:_____________________________

Date:_____________ Common Law Seal:____________________________

CSO-1005A (8-14)
PS-015 (3-15)

ARIZONA DEPARTMENT OF CHILD SAFETY

# NOTICE OF DUTY TO INFORM

When the Department of Child Safety (DCS) receives an allegation of child abuse or neglect by a parent, guardian custodian or adult member of household and a report is taken, Arizona law requires DCS to conduct an investigation. The following allegation concerning your child (or children) is currently being investigated by DCS.

Neglect / Physical Abuse

This *notice* is to inform you that:

- DCS has no legal authority to compel or make you cooperate with the investigation or to accept services, but it is our hope that by working together we can find solutions to ensure that your child (or children) is safe and that your family has what it needs.
- DCS has a duty to proceed with the investigation even if you decide not to cooperate to ensure that your child (or children) is safe, although we would prefer to carry on with the investigation with your support.
- DCS has the authority to petition the Juvenile Court for a determination that your child (or children) is dependent and in need of protection. Your refusal to cooperate with the investigation or services offered does not in itself form a basis for DCS to take temporary custody of your child (or children), unless it is clearly necessary to protect your child (or children) from abuse or neglect.
- You have the right to provide written, telephonic or verbal responses to the allegation, including any documentation, and to have the information considered in determining whether your child (or children) is in need of child safety services.
- Anything you say or write can be used in a court proceeding and may be included in DCS's report of the investigation.
- Any written response that you provide, including any documentation, will be included in the DCS case record.
- Any information that you provide in response to the complaint or allegation(s) will be considered during the investigation.
- You have the right to appeal determinations made by DCS about the results of the investigation and will be notified in writing of these results and how to appeal.
- You have the right to file a complaint with the Arizona Ombudsman-Citizens Aide. The telephone number in Phoenix is (602) 277-7292, and statewide toll-free is 1-800-872-2879. The Ombudsman-Citizen Aide office is available to handle inquiries, concerns and complaints about agency actions, including DCS.

More information about DCS and your parental rights are outlined in the pamphlet, "Guide to Department of Child Safety" that I am leaving with you today.

**ASK: Is the child's parent(s) of American Indian heritage/ancestry?** ☐ Yes ☒ No

*If Yes, Mother's Tribe:* ______ *Father's Tribe:* ______

☐ Unknown *(explain):* ______

**By signing this form, you are acknowledging that I have reviewed the information contained in this notice with you.**

| PARENT, GUARDIAN OR CUSTODIAN'S SIGNATURE | PARENT, GUARDIAN OR CUSTODIAN'S NAME (Please print) | DATE |
|---|---|---|
| [illegible signature] | [illegible] | [illegible] |
| **DCS REPRESENTATIVE'S SIGNATURE** | **DCS REPRESENTATIVE'S NAME (Please print)** | **DATE** |
| [illegible signature] | [illegible] | [illegible] |

Equal Opportunity Employer/Program • Under Titles VI and VII of the Civil Rights Act of 1964 (Title VI & VII), and the Americans with Disabilities Act of 1990 (ADA), Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, and Title II of the Genetic Information Nondiscrimination Act (GINA) of 2008; the Department prohibits discrimination in admissions, programs, services, activities, or employment based on race, color, religion, sex, national origin, age, disability, genetics and retaliation. The Department must make a reasonable accommodation to allow a person with a disability to take part in a program, service or activity. For example, this means if necessary, the Department must provide sign language interpreters for people who are deaf, a wheelchair accessible location, or enlarged print materials. It also means that the Department will take any other reasonable action that allows you to take part in and understand a program or activity, including making reasonable changes to an activity. If you believe that you will not be able to understand or take part in a program or activity because of your disability, please let us know of your disability needs in advance if at all possible. To request this document in alternative format or for further information about this policy, contact your local office; TTY/TDD Services: 7-1-1. • Free language assistance for department services is available upon request. • Disponible en español en la oficina local.

Exhibit A pg-1

ARIZONA
Department of Child Safety

**Chaddie Mittleider**
Investigator

Office of Child Welfare Investigations
Office: (480) 621-6850
Email: cmittleider@azdes.gov
Website: dcs.az.gov

---

ARIZONA
Department of Child Safety

Amy Hodgson
AHodgson@azdes.gov
480-[illegible]-599-5921

1201 S. Alma School Rd. Ste 1100, Mesa, AZ 85210
Office: (602) 771-0460
Fax: (480) 777-5181
Hotline: 1 (888) 767-2445
Website: dcs.az.gov

cell 602-319-2689

---

***Ofc. J. Verdugo, #463***
[illegible]
[illegible]

Chandler - Arizona

Mailing Address
Mail Stop 303M
PO Box 4008
Chandler, Arizona 85244-4008

Office Location
251 East Chicago Street
Chandler, Arizona 85225

[illegible]

---

*Counseling, Psychiatry and Wellness*
*Ph: (480) 252-5152*
*Fax: 480-655-4948*
*stephanie.steward@sepctherapist.com*
*www.stptherapist.com*

***Stephanie Steward, LMSW***
*Individuals - Couples - Family Counseling*

*10440 E. Riggs Road, Suite 207 Chandler, AZ 85248*

Exhibit 'A' pg 2 of 2

Skip To Main Content

Search

WARNING: Bogus Phone Calls, Emails May Lead to Fraud. Read More...

ADVERTENCIA: Estafa por medio de llamadas telefónicasy correo electrónico. Leer Mas...

Criminal Court Case Information - Case History

## Case Information

Case Type: Criminal Location: Downtown

## Party Information

| Party Name - Number | Relationship | Sex | Attorney | Judge | Case # |
|---|---|---|---|---|---|
| State Of Arizona - (1) | Plaintiff | N/A | Rosen, Billie | | |
| Ted Dean Groves - (3) | Defendant | M | Defender - Ccc, Public | | CR1997-005215-A |
| Paul Albert Huckins - (4) | Defendant | M | Hernandez, Jerry | Superior Court | CR1997-005215-B |
| Lori Ann Jordan - (5) | Defendant | F | MERRILL, FREDRICK | Superior Court | CR1997-005215-I |
| Richard Vann Keppers - (6) | Defendant | M | Per, Pro | Superior Court | CR1997-005215-J |
| David Joseph Kraus - (7) | Defendant | M | Stratford, Gene | Superior Court | CR1997-005215-K |
| Albert Darwin Stubbe - (8) | Defendant | M | Salazar, German | Cunanan | CR1997-005215-D |
| Dennis Gene Whitney - (9) | Defendant | M | Gierloff, Richard | Z Unassigned | CR1997-005215-E |
| Billye Kay Frisque - (10) | Defendant | F | Peterson, Tonya | Superior Court | CR1997-005215-G |
| Andrea A Armentino - (11) | Defendant | F | Rosales, Humberto | Superior Court | CR1997-005215-F |
| Ryan Wesley Pearson - (12) | Defendant | M | Lazell, Mark | Superior Court | CR1997-005215-C |
| Guy Woody Neighbors - (13) | Defendant | M | Per, Pro | Z Unassigned | CR1997-005215-L |
| Morris Bryan Starrett - (14) | Defendant | M | WILLIAMS, JEFFREY | Superior Court | CR1997-005215-M |
| Westley Vance Haskins - (15) | Defendant | M | Tosto, Rick | Doody | CR1997-005215-H |
| Clerk Of The Court - (16) | In The Matter Of (IMO) | N/A | To Be Determined | | |

## Disposition Information

| Party Name | ARSCode | Description | Crime Date | Disposition Code | Disposition | Date |
|---|---|---|---|---|---|---|
| Ted Dean Groves | 13-2317A (F4) | ATTEMPT TO COMMIT - MONEY LAUNDERING 2ND DEG | 4/22/1997 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 8/7/1998 |
| Ted Dean Groves | 13-2002 (F4) | FORGERY | 4/22/1997 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 8/7/1998 |
| Ted Dean Groves | 13-3102 (F4) | MISCONDUCT INVOLVING WEAPONS | 4/22/1997 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 8/7/1998 |
| Ted Dean Groves | 13-3102 (F4) | MISCONDUCT INVOLVING WEAPONS | 4/22/1997 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 8/7/1998 |
| Ted Dean Groves | 13-3102 (F4) | MISCONDUCT INVOLVING WEAPONS | 4/22/1997 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 8/7/1998 |
| Ted Dean Groves | 13-3102 (F4) | MISCONDUCT INVOLVING WEAPONS | 4/22/1997 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 8/7/1998 |
| Ted Dean Groves | 13-3407A1 (F4) | DANGEROUS DRUG-POSS/USE | 4/22/1997 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 8/7/1998 |
| Ted Dean Groves | 13-3415A (F6) | DRUG PARAPHERNALIA-POSSESS/USE | 4/22/1997 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 8/7/1998 |
| Ted Dean Groves | 13-3415A (F6) | DRUG PARAPHERNALIA-POSSESS/USE | 4/22/1997 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 8/7/1998 |
| Ted Dean | 13-3415A | DRUG PARAPHERNALIA-POSSESS/USE | 4/22/1997 | Dismissed - | Dismissed Due To Plea | 8/7/1998 |

Exhibit "A" Pg. 4

(F2) Plea Other On Other Count

| | | | | | | |
|---|---|---|---|---|---|---|
| Lori Ann Jordan | 13-3102 (F4) | MISCONDUCT INVOLVING WEAPONS | 1/13/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 10/5/1998 |
| Lori Ann Jordan | 13-3407A3 (F3) | DANG DRUG-POSS EQUIP FOR MFG | 1/13/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 10/5/1998 |
| Lori Ann Jordan | 13-3407A4 (F2) | DANGEROUS DRUG-MANUFACTURE | 1/13/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 10/5/1998 |
| Lori Ann Jordan | 13-2312 (F3) | ILLEGAL CONTROL OF ENTERPRISE | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 10/5/1998 |
| Lori Ann Jordan | 13-1003 (F3) | CONSPIRACY | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 10/5/1998 |
| Richard Vann Keppers | 13-1703A (F4) | ARSON OF STRUCTURE/PROPERTY | 9/19/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/28/1998 |
| Richard Vann Keppers | 13-2312 (F3) | ILLEGAL CONTROL OF ENTERPRISE | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/28/1998 |
| Richard Vann Keppers | 13-2312 (F3) | ILLEGAL CONTROL OF ENTERPRISE | 1/1/1995 | Pled Guilty As Charged | Pled Guilty As Charged | 1/30/1998 |
| David Joseph Kraus | 13-1802 (F3) | THEFT | 5/9/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/30/1998 |
| David Joseph Kraus | 13-3407A1 (F4) | DANGEROUS DRUG-POSS/USE | 5/9/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/30/1998 |
| David Joseph Kraus | 13-2307 (F3) | TRAFFICKING IN STOLEN PROPERTY | 5/9/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/30/1998 |
| David Joseph Kraus | 13-3102 (F4) | MISCONDUCT INVOLVING WEAPONS | 6/15/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/30/1998 |
| David Joseph Kraus | 13-3623 (F2) | CHILD/VULNERABLE ADULT ABUSE | 6/15/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/30/1998 |
| David Joseph Kraus | 13-3407A3 (F3) | DANG DRUG-POSS EQUIP FOR MFG | 6/15/1996 | Pled Guilty As Charged | Pled Guilty As Charged | 10/9/1997 |
| David Joseph Kraus | 13-3407A4 (F2) | DANGEROUS DRUG-MANUFACTURE | 6/15/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/30/1998 |
| David Joseph Kraus | 13-1802 (F5) | THEFT | 6/15/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/30/1998 |
| David Joseph Kraus | 13-2312 (F3) | ILLEGAL CONTROL OF ENTERPRISE | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/30/1998 |
| David Joseph Kraus | 13-1003 (F3) | CONSPIRACY | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/30/1998 |
| Guy Woody Neighbors | 13-3407A3 (F3) | DANG DRUG-POSS EQUIP FOR MFG | 1/13/1997 | Pled Guilty As Charged | Pled Guilty As Charged | 5/28/1998 |
| Guy Woody Neighbors | 13-3407A4 (F2) | DANGEROUS DRUG-MANUFACTURE | 1/13/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/29/1998 |
| Guy Woody Neighbors | 13-2312 (F3) | ILLEGAL CONTROL OF ENTERPRISE | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/29/1998 |
| Guy Woody Neighbors | 13-1003 (F3) | CONSPIRACY | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 7/29/1998 |
| Morris Bryan Sterrett | 13-1802 (F3) | THEFT | 2/11/1997 | Pled Guilty As Charged | Pled Guilty As Charged | 9/3/1998 |
| Morris Bryan Sterrett | 13-1802 (F5) | THEFT | 6/15/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 10/29/1998 |
| Morris Bryan Sterrett | 13-2312 (F3) | ILLEGAL CONTROL OF ENTERPRISE | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 10/29/1998 |
| Morris Bryan Sterrett | 13-1003 (F3) | CONSPIRACY | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 10/29/1998 |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 2/20/2014 | ORD - Order - Party (L) | 2/20/2014 | |
| | NOTE: GRANTED CIVIL RIGHTS/DENIED GUN RIGHTS/DENIED SETTING ASIDE JUDGMENT OF GUIL | | |
| 1/10/2014 | WSH - Worksheet - Party (L) | 1/10/2014 | |
| | NOTE: CFO INFO | | |
| 12/26/2013 | ORD - Order - Party (K) | 12/26/2013 | |
| | NOTE: DENIED GUN RIGHTS | | |
| 12/16/2013 | NOT - Notice - Party (L) | 12/16/2013 | |
| 12/9/2013 | MOT - Motion- Party (L) | 12/12/2013 | |
| | NOTE: TO SET ASIDE CONVICTION AND FOR RESDRATION OF ALL CIVIL RIGHTINCLUDING GUN RIGHTS | | |
| 11/26/2013 | WSH - Worksheet - Party (K) | 11/26/2013 | |
| | NOTE: CFO INFO | | |

Exhibit "A" pg 5

12 of 20

| | | | | | | |
|---|---|---|---|---|---|---|
| Huckins | | | | Plea Other | On Other Count | |
| Paul Albert Huckins | (F3) 13-3415A | DRUG PARAPHERNALIA-POSSESS/USE | 3/13/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/13/1998 |
| Paul Albert Huckins | (F6) 13-3407 | DANGEROUS DRUG VIOLATION | 3/13/1997 | Pled Guilty As Charged | Pled Guilty As Charged | 8/4/1997 |
| Paul Albert Huckins | (F2) 13-3102 | MISCONDUCT INVOLVING WEAPONS | 1/13/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/13/1998 |
| Paul Albert Huckins | (F4) 13-3407A3 | DANG DRUG-POSS EQUIP FOR MFG | 1/13/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/13/1998 |
| Paul Albert Huckins | (F3) 13-3407A2 | DANGEROUS DRUG-POSS FOR SALE | 1/13/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/13/1998 |
| Paul Albert Huckins | (F2) 13-3407A4 | DANGEROUS DRUG-MANUFACTURE | 1/13/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/13/1998 |
| Paul Albert Huckins | (F2) 13-2312 | ILLEGAL CONTROL OF ENTERPRISE | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/13/1998 |
| Paul Albert Huckins | (F3) 13-1003 | CONSPIRACY | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/13/1998 |
| Ryan Wesley Pearson | (F3) 13-2307 | TRAFFICKING IN STOLEN PROPERTY | 4/23/1996 | Pled to Reduced Charge | Pled Guilty To Reduced Charge | 2/27/1998 |
| Ryan Wesley Pearson | (F6) 13-2312 | ILLEGAL CONTROL OF ENTERPRISE | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 4/6/1998 |
| Ryan Wesley Pearson | (F3) 13-1003 | CONSPIRACY | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 4/6/1998 |
| Albert Darwin Stubbe | (F3) 13-1802 | THEFT | 2/11/1997 | Pled to Reduced Charge | Pled Guilty To Reduced Charge | 9/10/1997 |
| Albert Darwin Stubbe | (F6) 13-2312 | ILLEGAL CONTROL OF ENTERPRISE | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 11/4/1998 |
| Albert Darwin Stubbe | (F3) 13-1003 | CONSPIRACY | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 11/4/1998 |
| Dennis Gene Whitney | (F3) 13-3415A | DRUG PARAPHERNALIA-POSSESS/USE | 2/10/1997 | Pled to Reduced Charge | Pled Guilty To Reduced Charge | 7/22/1997 |
| Dennis Gene Whitney | (F6) 13-2312 | ILLEGAL CONTROL OF ENTERPRISE | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 9/4/1997 |
| Dennis Gene Whitney | (F3) 13-1003 | CONSPIRACY | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 9/4/1997 |
| Andrea A Armentino | (F3) 13-3405A1 | MARIJUANA-POSSESS/USE | 4/22/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 6/30/1998 |
| Andrea A Armentino | (F6) 13-3407A1 | DANGEROUS DRUG-POSS/USE | 4/22/1997 | Pled Guilty As Charged | Pled Guilty As Charged | 7/18/1997 |
| Andrea A Armentino | (F4) 13-3415A | DRUG PARAPHERNALIA-POSSESS/USE | 4/22/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 6/30/1998 |
| Andrea A Armentino | (F6) 13-3415A | DRUG PARAPHERNALIA-POSSESS/USE | 4/22/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 6/30/1998 |
| Andrea A Armentino | (F6) 13-3415A | DRUG PARAPHERNALIA-POSSESS/USE | 4/22/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 6/30/1998 |
| Andrea A Armentino | (F6) 13-2312 | ILLEGAL CONTROL OF ENTERPRISE | 1/1/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 6/30/1998 |
| Andrea A Armentino | (F3) 13-1003 | CONSPIRACY | 1/1/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 6/30/1998 |
| Billye Kay Frisque | (F3) 13-2312 | ILLEGAL CONTROL OF ENTERPRISE | 1/1/1995 | Pled Guilty As Charged | Pled Guilty As Charged | 5/15/1998 |
| Billye Kay Frisque | (F3) 13-1003 | CONSPIRACY | 1/1/1995 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 6/15/1998 |
| Westley Vance Haskins | (F3) 13-2312 | ILLEGAL CONTROL OF ENTERPRISE | 1/1/1996 | Pled Guilty As Charged | Pled Guilty As Charged | 10/25/1999 |
| Westley Vance Haskins | (F3) 13-1003 | CONSPIRACY | 1/1/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 1/7/2000 |
| Lori Ann Jordan | (F3) 13-4702 | CONDUCTING A CHOP SHOP | 1/1/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 10/5/1998 |
| Lori Ann Jordan | (F4) 13-3407A3 | DANG DRUG-POSS EQUIP FOR MFG | 5/9/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 10/5/1998 |
| Lori Ann Jordan | (F3) 13-3407A2 | DANGEROUS DRUG-POSS FOR SALE | 5/9/1997 | Pled Guilty As Charged | Pled Guilty As Charged | 3/25/1998 |
| Lori Ann Jordan | (F2) 13-3407A4 | DANGEROUS DRUG-MANUFACTURE | 5/9/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 10/5/1998 |
| Lori Ann Jordan | (F2) 13-3407A3 | DANG DRUG-POSS EQUIP FOR MFG | 4/22/1997 | Pled Guilty As Charged | Pled Guilty As Charged | 3/25/1998 |
| Lori Ann Jordan | (F3) 13-3407A4 | DANGEROUS DRUG-MANUFACTURE | 4/22/1997 | Dismissed - | Dismissed Due T o Plea | 10/5/1998 |

Exhibit "A" B 6

| Name | Charge | Offense Date | Disposition | Final Disposition | Disposition Date |
|---|---|---|---|---|---|
| | (F6) | | Plea Other | On Other Count | |
| Groves Ted Dean | 13-3407A3 DANG DRUG-POSS EQUIP FOR MFG (F3) | 4/22/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-3407A4 DANGEROUS DRUG-MANUFACTURE (F2) | 4/22/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-3407 DANGEROUS DRUG VIOLATION (F2) | 2/1/1997 | Pled Guilty As Charged | Pled Guilty As Charged | 5/29/1998 |
| Groves Ted Dean | 13-3407 DANGEROUS DRUG VIOLATION (F2) | 12/1/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-3407 DANGEROUS DRUG VIOLATION (F2) | 11/1/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-3407 DANGEROUS DRUG VIOLATION (F2) | 11/1/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-3407 DANGEROUS DRUG VIOLATION (F2) | 11/1/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-4702 CONDUCTING A CHOP SHOP (F2) | 1/1/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-2307 ATTEMPT TO COMMIT - TRAFFICKING IN STOLEN PROPERTY (F4) | 3/3/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-2307 ATTEMPT TO COMMIT - TRAFFICKING IN STOLEN PROPERTY (F4) | 2/26/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-3407A7 DANG DRUG-TRANSP AND/OR SELL (F2) | 2/24/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-4702 CONDUCTING A CHOP SHOP (F4) | 2/18/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-2307 TRAFFICKING IN STOLEN PROPERTY (F2) | 2/11/1997 | Pled Guilty As Charged | Pled Guilty As Charged | 5/29/1998 |
| Groves Ted Dean | 13-3407A7 DANG DRUG-TRANSP AND/OR SELL (F2) | 2/12/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-4702 CONDUCTING A CHOP SHOP (F4) | 2/12/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-4702 CONDUCTING A CHOP SHOP (F4) | 2/6/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-4702 CONDUCTING A CHOP SHOP (F4) | 1/27/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-2307 TRAFFICKING IN STOLEN PROPERTY (F2) | 1/27/1997 | Pled Guilty As Charged | Pled Guilty As Charged | 5/29/1998 |
| Groves Ted Dean | 13-1802 THEFT (F6) | 1/11/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-2307 TRAFFICKING IN STOLEN PROPERTY (F3) | 11/12/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-4702 CONDUCTING A CHOP SHOP (F4) | 3/1/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-2307 TRAFFICKING IN STOLEN PROPERTY (F3) | 12/1/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-2307 TRAFFICKING IN STOLEN PROPERTY (F3) | 4/23/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-2310 FRAUDULENT SCHEMES/ARTIFICES (F2) | 7/7/1996 | Pled Guilty As Charged | Pled Guilty As Charged | 5/29/1998 |
| Groves Ted Dean | 13-2308A PARTICIPATE CRIMINAL SYNDICATE (F3) | 1/1/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-2312 ILLEGAL CONTROL OF ENTERPRISE (F3) | 1/1/1996 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/7/1998 |
| Groves Ted Dean | 13-2312 ILLEGAL CONTROL OF ENTERPRISE (F3) | 1/1/1996 | Pled Guilty As Charged | Pled Guilty As Charged | 5/29/1998 |
| Groves Ted Dean | 13-4702 CONDUCTING A CHOP SHOP (F4) | 1/1/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/13/1998 |
| Paul Albert Huckins | 13-3407A3 DANG DRUG-POSS EQUIP FOR MFG (F3) | 5/9/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/13/1998 |
| Paul Albert Huckins | 13-3407A2 DANGEROUS DRUG-POSS FOR SALE (F2) | 5/9/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/13/1998 |
| Paul Albert Huckins | 13-3407A4 DANGEROUS DRUG-MANUFACTURE (F2) | 5/9/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/13/1998 |
| Paul Albert Huckins | 13-3407A3 DANG DRUG-POSS EQUIP FOR MFG (F3) | 4/22/1997 | Pled Guilty As Charged | Pled Guilty As Charged | 8/4/1997 |
| Paul Albert Huckins | 13-3407A4 DANGEROUS DRUG-MANUFACTURE (F2) | 4/22/1997 | Dismissed - Plea Other | Dismissed Due T o Plea On Other Count | 8/13/1998 |
| Paul Albert | 13-3405A4 MARIJ-TRANSPORT AND/OR SELL | 3/13/1997 | Dismissed - | Dismissed Due T o Plea | 8/13/1998 |

Google

guy madison neighbors

All Images Videos News Shopping More Settings Tools

About 158,000,000 results (0.76 seconds)

Google Search for Guy madison Neighbors

Images for guy madison neighbors



More images for guy madison neighbors

Report images

**After day long search, police capture wanted man in Madison | FOX 61**
fox61.com/.../police-searching-for-potentially-armed-dangerous-man-in-madison-nei...
**Oct 7, 2016** - He had been spotted by neighbors in the area. ... After searching for hours, Madison Police have captured a wanted man Friday evening that ...

**07-20124-02 Lanny D. Welch's RESPONSE TO DEFENDANT GUY ...**
https://www.scribd.com/.../07-20124-02-Lanny-D-Welch-s-RESPONSE-TO-DEFEN...
07-20124-02-CM UNITED STATES' RESPONSE TO DEFENDANT GUY MADISON NEIGHBORS' MOTION FOR REINSTATEMENT OF PRETRIAL RELEASE ...

**Neighbors v. Lawrence Police Department et al (5:16-cv-04065 ...**
https://www.pacermonitor.com/.../Neighbors_v_Lawrence_Police_Department_et_al
**May 24, 2016** - DOCKET ANNOTATION: Plaintiff Guy Madison Neighbors is now a registered pro se participant who will receive electronic notification in their ...

**Neighbors v. Lawrence Police Department et al (5:15-cv-04921 ...**
https://www.pacermonitor.com/.../Neighbors_v_Lawrence_Police_Department_et_al
**Aug 19, 2015** - Monday, December 05, 2016. 112. 112 respm Response to Order Mon 5:06 PM RESPONSE (Objection) by Plaintiff Guy Madison Neighbors re ...

**07-20124 - USA v. Neighbors et al - US Government Publishing Office**
https://www.gpo.gov/fdsys/granule/USCOURTS-ksd-2.../content-detail.html
**Apr 13, 2015** - Guy M. Neighbors, Defendant Carrie Marie Neighbors, Defendant USA, Plaintiff Guy Madison Neighbors, Surety Carrie Marie Neighbors ...

**Neighbors v. Lawrence Police Dep't, Case No. 15-CV-4921-DDC-KGS ...**
https://casetext.com/case/neighbors-v-lawrence-police-dept
**Jul 12, 2016** - On August 19, 2015, pro se plaintiff Guy Madison Neighbors filed a civil complaint against the following defendants: the Lawrence Police ...

**NEIGHBORS v. LAWRENCE POLICE DEPARTMENT | Case No. 16 ...**
www.leagle.com/.../NEIGHBORS%20v.%20LAWRENCE%20POLICE%20DEPART...
**Jul 13, 2016** - 9), recommending that the district judge deny plaintiff Guy Madison Neighbors' Motion for Leave to Proceed in forma pauperis (Doc. 3) because ...

**LJWorld.com | Authorities file new charges in Yellow House investigation**
www2.ljworld.com/news/2007/.../authorities_file_new_charges_yellow_house_investig/...
**Sep 14, 2007** - Carrie M. Neighbors, 46, and her husband, Guy Madison Neighbors, 48, are accused of knowingly purchasing stolen goods and reselling them.

**Madison Heights police investigating after man shoots neighbors dog ...**
www.wxyz.com/.../madison-heights-police-investigating-after-man-shoots-neighbors-...
Madison Heights police investigating after man shoots neighbors dog in his yard. Jennifer Wilson. 6:31 PM, Oct 4, 2016. 5:23 PM, Oct 5, 2016. Share Article.

1 2 3 4 5 6 7 8 9 10 Next

Chandler, AZ - Reported by this computer - Use precise location - Learn more

Exhibit "B" 15 of 20
Ex 1

12/19/2016 guy neighbors - Google Search

Google

guy neighbors

All Videos Images News Shopping More Settings Tools

About 67,400,000 results (0.58 seconds)

Drug case against Guy Neighbors dropped / LJWorld.com
www2.ljworld.com/news/2011/nov/29/drug-case-against-guy-neighbors-dropped/
Nov 29, 2011 - A federal judge in Kansas City, Kan., Tuesday dismissed a drug case against Guy Neighbors, a former owner of the Yellow House Store in ...
You've visited this page 2 times. Last visit: 5/28/12

Guy Neighbors | Facebook
https://www.facebook.com/guy.neighbors
Guy Neighbors is on Facebook. Join Facebook to connect with Guy Neighbors and others you may know. Facebook gives people the power to share and makes ...

Carrie Neighbors Appeal DefenseFund by Guy Neighbors - GoFundMe
https://www.gofundme.com/g73p4
Carrie Neighbors Appeal DefenseFund by Guy Neighbor - WE Are Fighting A Case of Police Corruption In A Racially Motivated Federal Prosecution. Our plan ...

Advocate's For Justice Legal Document Research Blog Site
guyneu.blogspot.com/
Jul 27, 2016 - Up Date On When Carrie Neighbors Will be Returning Home... Posted by Guy Neighbors at 12:12 PM No comments: Email ThisBlogThis!

Top stories

Bellingham neighbors: Fire victim was quiet, easy going guy
Wicked Local - 1 day ago

→ More for guy neighbors

Neighbors (2014) - Full Cast & Crew - IMDb
www.imdb.com/title/tt2004420/fullcredits
Neighbors (2014) cast and crew credits, including actors, actresses, directors, writers and more. ... Adam Devine ... Beer Pong Guy #1 (as Adam DeVine)

People also ask

Is Guy Pearce Australian?

Who is the cop in the movie neighbors?

Who plays the wife in neighbors?

Who did Guy Pearce play in Neighbours?

"The Single Guy" Neighbors (TV Episode 1995) - IMDb
www.imdb.com/title/tt0701437
Rating: 7/10 - 5 votes
Comedy ... Moses, Joey Slotnick, Jonathan stays with his gay neighbors while his apartment goes through repairs. ... The Single Guy (1995–1997). 7.0/10.

Guy With Trailer Driving Neighbors Crazy Turns Mailbox Into Ultimate ...
jalopnik.com/guy-with-trailer-driving-neighbors-crazy-turns-mailbox-1789040683
Nov 16, 2016 - That trailer was also driving his neighbors batshit, because this guy lives next to people who, somehow, can't deal with seeing a pretty ...

Guy Pearce - Wikipedia
https://en.wikipedia.org/wiki/Guy_Pearce
Guy Edward Pearce (born 5 October 1967) is an Australian actor and musician. He is well known for having started in the role of Mike Young in the Australian television series Neighbours and in films such as The Adventures of Priscilla, ...
Home town: Geelong, Victoria
Partner(s): Carice van Houten
Nationality:
Children: 1

My Account

From Google Contacts
Only you can see this result

Guy Neighbors



Edit contact

Other: wininacourts1@gmail.com
Birthday: January 12

16 of 20

Exhibit "C"
Pg 1

**Guy Neighbors Fights Back Against Lawrence Kansas Municipal ...**
https://plus.google.com/ [illegible] /posts/ [illegible]
**Guy Neighbors**
**Dec 5, 2015** - Guy Neighbors Fights Back Against Lawrence Kansas Municipal Courts Retaliation For Filing a Federal Civil Rights Complaint Judge Scott Miller revoked ...

**Police Corruption In Guy & Carrie Neighbors Federal Criminal Case in ...**
https://plus.google.com/ [illegible] /posts/ [illegible]
**Guy Neighbors**
**Dec 1, 2015** - Police Corruption in Guy & Carrie Neighbors Federal Criminal Case in Lawrence Kansas

**Guy Neighbor Been Arrested? - 1-Search Name. 2-Select State.**
www.[illegible].com/Records
Search for Guy neighbors's Arrests, Traffic Tickets, Addresses & More!

Stay in the loop

Feedback

1 2 3 4 5 6 7 8 9 10 Next

Chandler, AZ - Reported by this computer - Use precise location - Learn more

Help Send feedback Privacy Terms

Not 20

Exhibit C
pg 2




## Advocates For Justice Paralegal Services+




Go for it, we can help you Win!

Our Mission is to provide customers with powerful documents at an affordable price You can file these documents in court or mail them to debt collectors on your own behalf to achieve your desired outcome We are here to help the little people who can't afford high-priced attorneys.

This Works in 3- Steps:

1. The document you need will be emailed to you in a [illegible] format or pdf after confirmation of payment.
2. You will need to replace the red in the document with your information, the collector's mailing address, and account number
3. Print and mail or file your document

Advocates for Justice Paralegal Services can help clients get old medical bills removed from their credit report and much more

Maybe advocates for Justice can assist you in increasing your credit score today

We have several great reviews on the on our Amazon Store page.

**Our Documents Can Assist in Achieving The Following Goals:**

Search

Available Documents

- Notice of Removal
- [illegible] From [illegible] Filing Fees
- Challenge Of Jurisdiction & [illegible]
- Guy Neighbors Files His 42 U.S.C. 1985 Civil Action Against 3- Federal Prosecutors And Other Federal Employees
- Motion For [illegible] Judgment [illegible] [illegible]
- Motion For Sanctions Against the Attorney
- Notice of Default By Affidavit
- Motion To Vacate a Foreclosure
- This Set Of Documents Will Help You Take Advantage Of The New Kansas Supreme

Exhibit C pg. 1

18 of 20

# AFFIDAVIT OF FACT:

I' Guy Madison Neighbors, declare under penalty of perjury in accordance with the Laws of the The United States of America that the foregoing is true and correct and complete to the best of my knowledge and belief.

Jordan Neighbors left her husband and 3 kids to live with someone else and had been gone from the home for around 80 days or so Alex Neighbors changed the locks because Jordan's mother would come to the house and after being asked not to come over and enter the home without knocking or permission. Jordan Neighbors signed a "release of claim deed" to the property giving up any interest in the property. Alex Neighbors changed the locks and on 11-29-2016, Alex agreed to allow Jordan to return to the property to pick up the child's car seat. Alex agreed to have the car seat outside in the carport because a few days prior when Jordan came to pick up the kids she started acting like did not have to follow any rules the custodial parent-implemented to protect the kid from witnessing the turmoil between the parents. The police were called in because it was apparent Jordan Neighbors was making an attempt to provoke Alex Neighbors into a domestic violence situation.

When Jordan showed up to pick up the child's car seat she charged into the house and went back into the kid's bedroom with Alex behind her asking her what she was doing she started grabbing up the kids clothing. I followed them down the hallway and I watched my son standing in the doorway of the room. Jordan did not see me standing in the hallway. Jordan started yelling and acting hysterical and making comments about Alex putting his hands on her. My son and I looked at each other then he asked her what she was doing. I decided to call the police, so she started walking to the door exiting into the carport. She stopped at the door and showed me a small mark that appeared to be a small thumbprint on the inner side of her bicep. Jordan said that Alex put his hands on her and she was going to call the police. While she was waiting on the line with the police dispatcher I approached the vehicle and asked her why she was doing this, I asked her if she wanted her kids to be in foster care. She started yelling at me that Alex had no business dragging her into the hallway. I ask her what she was talking about! I was standing right there and I did not see anyone dragging anyone into the hallway or putting their hands on anyone!

The same officer came out that was here a few days ago and when he interviewed me I told him what I have written in this affidavit and mentioned to him that Jordan Neighbors has some mental issues and she is very desperate in the fact she has not made time to complete the mandatory parenting classes so she has no idea how much damage she is doing to the kids by acting out of control in their presence.

A hearing has been scheduled and her attorney quit because she lied under oath in the petition. The officer said that he saw her squeezing her arm where the mark was and he has it on his body

19 of 20

Exhibit D Pg 1

cam. I witnessed the entire situation that took place in the home and I did not see anyone put their hands on anybody.

[signature] on this ________th Day, of ______________ 2016

Guy Madison Neighbors

On this ______day of____________, 2016 before me, the undersigned, a Notary Public in and for the State of Arizona, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

a notarized copy is filed in the case.

Signed:________________________________________

Printed Name:__________________________________

Date:__________________________________________

My Commission Expires:_________________________

Exhibit D 20-cv-3F

B 2


Advocate's For Justice
Legal Document Research
Director, Guy Neighbors
winincourts1@gmail.com
9462 Swiftcreek Cir.
Dover Fl, 33527
winincourtnow.com
www.amazon.com/shops/winincourtnow
813-575-0319
Next
Back Side

Exhibit E